158 So. 543

### CITY OF MOBILE v. E. Lucas MOU-RAITES.
### I Div. 841.

Supreme Court of Alabama.
Dec. 20, 1934.

Rehearing Denied Jan. 24, 1935.

See, also, ante, p. 297, 156 So. 638.

Harry Seale and Stevens, McCorvey, McLeod, Goode and Turner, all of Mobile, for appellant.

D. K. Coley, Jr., and W. C. Taylor, both of Mobile, for appellee.

FOSTER, J.

Modified and affirmed on authority of City of Mobile v. Claude M. Farrell et al., ante, p. 582, 158 So. 539, this day decided.

Modified and affirmed.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.